AO 245C (Rev 3/01) Amended Judgment in a Criminal Case  Judgment-Page 1 of 19
Sheet 1

# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Randall J. Coyle | **Amended Judgment in a Criminal Case**<br>(For Offenses Committed On or After November 1, 1987)<br><br>CASE NUMBER:   CR202-00021-001 |
| Date of Original Judgment: January 27, 2004<br>(or Date of Last Amended Judgment) | Kevin Gough<br>Defendant's Attorney |

**Reason for Amendment:**   [X] Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))

**THE DEFENDANT:**

[X] pleaded guilty to Counts 1r and 12r .
[ ] pleaded nolo contendere to Count(s) _ which was accepted by the Court.
[ ] was found guilty on Count(s)_ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit mail fraud, wire fraud, and bank fraud | January 2002 | 1r |
| 18 U.S.C. § 1957 | Illegal monetary transactions | February 28, 2001 | 12r |

The defendant is sentenced as provided in pages 2 through 19 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on Count(s)___.
[X] Counts 2 through 11, 13, and 14 of the Redacted Indictment are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 2, 2006
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

Feb. 6, 2006
Date

AO 245C (Rev 3/01) Amended Judgment in a Criminal Case:  
Sheet 2 - Imprisonment

Judgment-Page 2 of 19

DEFENDANT: Randall J. Coyle  
CASE NUMBER: CR202-00021-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>120 months. This term consists of 60 months as to Count 1 and 60 months as to Count 12 of the Redacted Indictment, to be served consecutively.</u>

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.  
[ ]   The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.  
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 p.m. on _____.  
    [ ] as notified by the United States Marshal.  
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____ _____, with a certified copy of this judgment.

 

_____  
United States Marshal

By _____  
Deputy United States Marshal

DEFENDANT: Randall J. Coyle  
CASE NUMBER: CR202-00021-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years as to each count, to be served concurrently</u>.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]      The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]      The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]      The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]      The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]      The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement; and

14) Any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

Case 2:02-cr-00021-DHB-RSB   Document 318   Filed 02/06/06   Page 4 of 19

AO 245C (Rev 3/01) Amended Judgment in a Criminal Case:
Sheet 3C - Supervised Release

Judgment-Page 4 of 19

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing for drug and alcohol abuse and, if the Court determines it is necessary, the defendant shall participate in a program of treatment for drug and alcohol abuse.

2.. The defendant shall participate in a program of mental health treatment. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

3. The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____        _____
Defendant                              Date


_____        _____
U. S. Probation Officer/Designated Witness    Date

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments, set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $200 |  | $6,186,731.06 |

[ ]  The determination of restitution is deferred until ___. An *Amended Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

[X]  The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Gilbert Aldridge<br>Route 2, Box 308<br>Waycross, Georgia  31503 |  | $6,886.35 | 0.0011 |
| Samuel and Kathryn Andrews<br>2090 Proctor Street<br>Rentz, Georgia  31075 |  | $4,125.00 | 0.0007 |

See Additional Restitution Payees - Pages 5 through 17

[ ]  If applicable, restitution amount ordered pursuant to plea agreement     $ _____

[ ]  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

[X]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [X]  The interest requirement is waived for the [ ] fine and/or [X] restitution.
    [ ]  The interest requirement for the [ ] fine and/or [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Edwin and Cindy Avery<br>1701 Meadow Dale Drive<br>Dublin, Georgia 31021 | | 5,250.02 | 0.0008 |
| Fern Bearden<br>504 9th Avenue<br>Waycross, Georgia 31501 | | 36,937.50 | 0.0060 |
| Lisa Barrett<br>3618 1st Street<br>St. Augustine, Florida 3086 | | 9,700.00 | 0.0016 |
| Abe and Janet Banks<br>213 Antebellum Circle<br>Warner Robbins, Georgia 31093 | | 69,000.00 | 0.0112 |
| John Bennett, Jr.<br>1502 Darling Avenue<br>Waycross, Georgia 31501 | | 4,151.00 | 0.0007 |
| Rudolph and Connie Blalock<br>442 Gordon Street<br>Blackshear, Georgia 31516 | | 46,041.73 | 0.0074 |
| Dr. Mark Boles<br>107 Fairview Drive<br>Dublin, Georgia 31021 | | 27,110.33 | 0.0044 |
| Garnett Lee Bowman<br>201 Walnut Ridge Drive<br>Macon, Georgia 31211 | | 3,739.92 | 0.0006 |
| Kenneth L. Bowman<br>1144 Troup Lane<br>Dublin, Georgia 31021 | | 77,494.37 | 0.0125 |
| Ray and Wanda Brantley<br>949 Ralph Keene Road<br>Dublin, Georgia 31021 | | 22,709.00 | 0.0037 |

    * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Robert Mark Brantley<br>506 McCord Road<br>Dublin, Georgia 310221 | | 20,004.04 | 0.0032 |
| Thomas and Joy Brock<br>1704 Clark Avenue<br>Waycross, Georgia 31503 | | 61,375.02 | 0.0099 |
| Dr. Rodney Brown<br>2280 Seminole Trail<br>Waycross, Georgia 31501 | | 2,125.00 | 0.0003 |
| Janice M. Bryan<br>305 Pond Road<br>Dublin, Georgia 31021 | | 40,833.64 | 0.0066 |
| Michael and Wanda Burdette<br>5650 Arkwight Road<br>Macon, Georgia 31210 | | 4,125.00 | 0.0007 |
| Shannon and Tracie Candady<br>9133 Highway 29S<br>Dublin, Georgia 31027 | | 22,750.00 | 0.0037 |
| John M. Causey<br>213 N. Keith Road<br>Bonaire, Georgia 31005 | | 10,000.00 | 0.0016 |
| Bart, Brett, and Brent Clark<br>130 Adams Street<br>Jesup, Georgia 31545 | | 6,000.00 | 0.0010 |
| Neil and Suan Chase<br>202 Kingstree Lane<br>Warner Robbins, Georgia 31093 | | 10,000.00 | 0.0016 |
| Mike Coleman<br>401 9th Avenue<br>Eastman, Georgia 31023 | | 90,791.66 | 0.0147 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle  
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Kris and Barbie Cody<br>Route 2, Box 528<br>Cochran, Georgia  31503 | | 5,635.00 | 0.0009 |
| Tony and Audrey Davis<br>2320 North Lake Drive<br>Eastman, Georgia  31023 | | 92,750.00 | 0.0150 |
| Preston DeLaPerriere<br>1805 Knox Street<br>Dublin, Georgia  31021 | | 3,541.74 | 0.0006 |
| John and Glennis Douglas<br>Route 1, Box 95<br>Chester, Georgia  31012 | | 347,000.00 | 0.0561 |
| Van and Jennifer Dempsey<br>109 Cherokee Forrest Trail<br>Warner Robbins, Georgia  31088 | | 11,135.21 | 0.0018 |
| T. Eric Douglas<br>Route 1, Box 95<br>Chester, Georgia  31012 | | 26,500.00 | 0.0043 |
| Frankie R. Drake<br>3133 Chester Highway<br>Eastman, Georgia  31023 | | 6,416.67 | 0.0010 |
| Sandeep D'Souza<br>319 Regency Circle<br>Dublin, Georgia  31021 | | 20,000.00 | 0.0032 |
| George Dukes<br>P.O. Box 4389<br>Dublin, Georgia  31021 | | 14,166.68 | 0.0023 |
| Alice Evans<br>P.O. Box 348<br>Rentz, Georgia  31075 | | 10,000.00 | 0.0016 |

    * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Darla Evans<br>607 12th Avenue<br>Eastman, Georgia  31023 | | 5,950.00 | 0.0010 |
| Mike Evans<br>2004 McDaniel Drive<br>Dexter, Georgia  31019 | | 11,666.68 | 0.0019 |
| Russell and Jan Eyman<br>2301 Houston Lake Road<br>Perry, Georgia  31069 | | 87,500.00 | 0.0141 |
| Al and Brenda Feria<br>940 NW 197th Terrace<br>Pembroke Pines, Florida  33029 | | 401,771.76 | 0.0649 |
| Cynthia F. Green<br>P.O. Box 112<br>Chester, Georgia  31012 | | 8,200.00 | 0.0013 |
| Paul Graham<br>920 Arthur Graham Road<br>Dublin, Georgia  31021 | | 22,700.00 | 0.0037 |
| Billy F. and Sandra Gault<br>2626 Georgia Hwy 130<br>Vidalia, Georgia  30474 | | 39,666.68 | 0.0064 |
| Avery Griffin, Sr.<br>3841 Valdosta Highway<br>Waycross, Georgia  31501 | | 27,899.20 | 0.0045 |
| James and Janelle Griffin<br>636 Old Waynesville Road<br>Jesup, Georgia  31546 | | 38,808.98 | 0.0063 |
| Okie M. Griffin<br>3834 Valodosta Highway<br>Waycross, Georgia  31501 | | 39,625.00 | 0.0064 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Paula Griffin<br>3841 Valdosta Highway<br>Waycross, Georgia 31501 | | 30,540.00 | 0.0049 |
| Clayton L. Hall<br>739 Jack Johnson Road<br>Eastman, Georgia 31023 | | 2,779.16 | 0.0004 |
| Clayton M. Hall<br>Route 2, Box 2120<br>Eastman, Georgia 31023 | | 15,229.16 | 0.0025 |
| Phillip Hardy<br>P.O. Box 4213<br>Eastman, Georgia 31023 | | 24,750.00 | 0.0040 |
| Billy Hartley<br>201 J.T. Barlow Road<br>Eastman, Georgia 31023 | | 6,625.02 | 0.0011 |
| James and Kathleen Hendrix<br>604 Dublin Highway<br>Eastman, Georgia 31023 | | 21,125.00 | 0.0034 |
| Harold J. and Joyce Horne<br>P.O. Box 4233<br>Eastman, Georgia 31023 | | 25,000.00 | 0.0040 |
| Robert and Patricia Huff<br>277 Plentitude Church<br>Gray, Georgia 31032 | | 24,800.00 | 0.0040 |
| Tommy and Cynthia Huff<br>5390 Rogers Road<br>Lizella, Georgia 31052 | | 55,000.00 | 0.0089 |
| Scott and Susanne Ingram<br>108 Holly LakesDrive<br>Dublin, Georgia 31021 | | 6,666.68 | 0.0011 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Garry and Louise Kelley<br>224 Waverly Drive<br>Dublin, Georgia 31021 | | 18,423.41 | 0.0030 |
| John and Evenlyn Huntley<br>1891 Ridgewood Drive<br>Fernandina Beach, Florida 32034 | | 58,562.57 | 0.0095 |
| Robert and Maria Kelly<br>P.O. Box 118<br>Chauncey, Georgia 31011 | | 89,583.35 | 0.0145 |
| W.R. and Katurah Kelly<br>P.O. Box 176<br>Chauncey, Georgia 31011 | | 72,916.68 | 0.0118 |
| A.D. and Louise Kelly<br>P.O. Box 193<br>Chauncey, Georgia 31011 | | 39,583.35 | 0.0064 |
| James and Johnnie Knight<br>103 Delacey Street<br>Eastman, Georgia 31023 | | 21,950.00 | 0.0035 |
| Ray and Debbie Knight<br>211 Griffin Street<br>Eastman, Street 31023 | | 32,000.00 | 0.0052 |
| Annie Knight<br>P.O. Box 247<br>Eastman, Georgia 31023 | | 4,500.00 | 0.0007 |
| Dr. Michael Knight<br>P.O. Box 247<br>Eastman, Georgia 31023 | | 1,279,091.47 | 0.2067 |
| Dr. Les H. Kravitz<br>9305 Prestwick Club Drive<br>Duluth, Georgia 30155 | | 33,000.00 | 0.0053 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Carole K. Lewis<br>179 Woodland Trails Road<br>Dublin, Georgia 31022 | | 6,000.00 | 0.0010 |
| Barbara Gallagher Lee<br>201 Watercress Drive<br>Lizella, Georgia 31052 | | 10,000.00 | 0.0016 |
| Kenneth Lewis<br>179 Woodland Trails<br>Dublin, Georgia 31021 | | 21,623.00 | 0.0035 |
| James E. Lewis, Jr.<br>122 Rollinwood Drive<br>Dublin, Georgia 31021 | | 3,267.00 | 0.0005 |
| James F. Loyd<br>17 Rocky Spring Road<br>Eastman, Georgia 31023 | | 67,500.00 | 0.0109 |
| Billy and Rebecca Mallory<br>607 Old Toomsboro Road<br>Dublin, Georgia 31021 | | 8,541.69 | 0.0014 |
| William and Anita Mallory<br>1028 Trinity Hills Drive<br>Dublin, Georgia 31021 | | 11,261.79 | 0.0018 |
| E.A. Mann<br>P.O. Box 609<br>Eastman, Georgia 31023 | | 51,181.43 | 0.0083 |
| Dr. Clyde Marlow<br>740-B First Street<br>Macon, Georgia 31201 | | 38,541.70 | 0.0062 |
| Martha Jo McCook<br>322 Bethel Street<br>Eastman, Georgia 31023 | | 21,233.38 | 0.0034 |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle  
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Al McCranie<br>Route 3, Box 88-K<br>Eastman, Georgia  31023 | | 6,500.00 | 0.0011 |
| Joe Mercer<br>119 Berleley Road<br>Albany, Georgia  31707 | | 34,475.04 | 0.0056 |
| Middle Georgia Anesthesia Association<br>P.O. Box 1899<br>Dublin, Georgia  31040 | | 88,000.00 | 0.0142 |
| Waymon and Ann McCranie<br>Route 3, Box 137<br>Eastman, Georgia  31023 | | 5,625.00 | 0.0009 |
| Clarice Miles<br>2066 Lamar Avenue<br>Waycross, Georgia  31503 | | 1,700.00 | 0.0003 |
| Michael and Paula Mimbs<br>1935 Highway 29 South<br>East Dublin, Georgia  31027 | | 22,750.00 | 0.0037 |
| John and Pauline Mobley<br>202 Minter Drive<br>Eastman, Georgia  31023 | | 83,750.00 | 0.0135 |
| Kenneth Mock<br>P.O. Box 142<br>Waresboro, Georgia  31564 | | 5,328.20 | 0.0009 |
| Richard and Elizabeth Mest<br>P.O Box 5587<br>Sun City Center, Florida  33571 | | 139,375.00 | 0.0225 |
| Dr. Donald F. Moore<br>215 Perry Avenue<br>Dothan, Alabama  36303 | | 9,000.00 | 0.0015 |

    * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245C (Rev 3/01) Amended Judgment in a Criminal Case:
Sheet 5B - Criminal Monetary Penalties

Judgment-Page 14 of 19

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Waymon and Roger Moore<br>2218 Lakeside Drive<br>Eastman, Georgia 31023 | | 8,533.35 | 0.0014 |
| Edward and Charlene Moore<br>615 Eureka Road<br>Sylvania, Georgia 30467 | | 65,375.03 | 0.0106 |
| William Morrison<br>1560 Cherry Hill Court<br>Conyers, Georgia 30094 | | 9,400.00 | 0.0015 |
| Chan and Dana Mullis<br>P.O. Box 4098<br>Eastman, Georgia 31022 | | 8,500.00 | 0.0014 |
| Don and Carol Moore<br>3008 Ember Court<br>Albany, Georgia 31707 | | 97,994.93 | 0.0158 |
| Dale O'Neal<br>P.O. Box 211<br>Woodbine, Georgia 31569 | | 1,875.04 | 0.0003 |
| Ethridge O'Neal<br>P.O. Box 6150<br>St. Marys, Georgia 31558 | | 24,833.38 | 0.0040 |
| Steward and Jamie Nelson<br>155 N. Pfeifferhorn Drive<br>Alpine, Utah 84004 | | 91,666.68 | 0.0148 |
| Robert and Linda O'Neal<br>5717 Russell Avenue<br>Eastman, Georgia 31023 | | 63,380.47 | 0.0102 |
| Dr. John C. Otts<br>Erin Office Park, Suite 23<br>Dublin, Georgia 31021 | | 13,000.00 | 0.0021 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Marcus and Janice O'Neal<br>P.O. Box 211<br>Woodbine, Georgia  31569 | | 7,500.00 | 0.0012 |
| Dr. James Peters<br>240 Timber Lakes Drive<br>Dublin, Georgia  31021 | | 18,125.00 | 0.0029 |
| Fred Pierallini<br>160 West Ridge Drive<br>Macon, Georgia  31204 | | 68,287.58 | 0.0110 |
| Carl Parazzola<br>101 Nancy Place<br>Bonaire, Georgia  31005 | | 33,083.34 | 0.0053 |
| Ritchie Ray<br>628 9th Avenue<br>Eastman, Georgia  31023 | | 7,812.54 | 0.0013 |
| John Reddock<br>1001 Wood Valley Drive<br>Eastman, Georgia  31023 | | 257,250.00 | 0.0416 |
| Edgar Pittman<br>3878 Valdosta Highway<br>Waycross, Georgia  31501 | | 10,650.00 | 0.0017 |
| Gerald Scarbrough<br>1937 Highway 29 South<br>Dublin, Georgia  31027 | | 42,906.27 | 0.0069 |
| Andrew and Betty Scarbrough<br>1418 Highway 199 South<br>Dublin, Georgia  31027 | | 8,675.68 | 0.0014 |
| Kevin and Deana Rogers<br>721 Chennault Street<br>Eastman, Georgia  31023 | | 35,333.26 | 0.0057 |

   * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Ross Schell<br>128 Hollbrooke Court<br>Macon, Georgia 31210 | | 14,583.40 | 0.0024 |
| Wes and Joy Southerland<br>127 Hawkinsville Highway<br>Eastman, Georgia 31021 | | 75,750.00 | 0.0122 |
| Buford Rogers<br>502 Chestnut Street<br>Eastman, Georgia 31021 | | 286,583.71 | 0.0463 |
| W. Heath Studstill<br>148 Magnolia Street<br>Eastman, Georgia 31023 | | 11,625.00 | 0.0019 |
| Marvin Studstill<br>Route 5, Box 445<br>Eastman, Georgia 31023 | | 255,833.37 | 0.0414 |
| Warren Southerland, Jr.<br>P.O. Box 16<br>Eastman, Georgia 31023 | | 114,125.00 | 0.0184 |
| Hugh Thompson<br>P.O. Box 312<br>Blackshear, Georgia 31516 | | 3,850.00 | 0.0006 |
| Sara Jean Wells<br>P.O. Box 967<br>Eastman, Georgia 31023 | | 2,083.36 | 0.0003 |
| Kevin Taylor<br>107 Fairview Park Drive<br>Dublin, Georgia 31021 | | 27,110.33 | 0.0044 |
| Bennett Widner<br>1751 WPA Road<br>Eastman, Georgia 31023 | | 25,000.00 | 0.0040 |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| James L. Williams<br>Route 21<br>Chester, Georgia  31012 | | 29,500.00 | 0.0048 |
| Jonathan and Rachel Warren<br>205 Saddle Drive<br>Fox River Grove, Illinois  60021 | | 97,219.85 | 0.0157 |
| David A. Wilson<br>P.O. Box 220<br>Byron, Georgia  31008 | | 33,982.50 | 0.0055 |
| Mack and Alice Wimpy<br>P.O. Box 4868<br>Eastman, Georgia  31023 | | 6,249.75 | 0.0010 |
| Mark Wimpy<br>P.O. Box 6150<br>St. Marys, Georgia  31558 | | 25,000.00 | 0.0040 |
| John Zechman<br>2320 Chauncey Drive<br>Waycross, Georgia  31501 | | 4,150.00 | 0.0007 |
| Totals: | | $6,186,731.06 | 100% |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

### SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X]  Lump sum payment of $ 200 due immediately, balance due

    [ ] not later than ___; or
    [X] in accordance with [ ] C, [ ] D, or [X] E below; or

B [ ]  Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C [ ]  Payment in (e.g., equal, weekly, monthly, quarterly) installments of $___ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D [ ]  Payment in monthly installments of $___ over a period of years, to commence upon release from imprisonment to a term of supervision; or

E [X]  Special instructions regarding the payment of criminal monetary penalties:

The economic circumstances of the defendant do not allow for payment of the full amount of restitution ordered under any reasonable schedule of payments now or in the foreseeable future. Pursuant to 18 U.S.C. § 3664(f)(3)(B), nominal payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR shall be made. Upon release from imprisonment and while on supervised release, nominal payments of a minimum of $500 per month shall be made.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[X]  Joint and Several
    Defendant Name, Case Number, and Joint and Several Amount:

| | |
|---|---|
| Ronald W. Coyle<br>CR202-00021-002 | $6,186,731.06 |
| Avery Curtis Griffin, Jr.<br>CR202-00021-003 | $6,186,731.06 |
| Sonja G. Coyle<br>CR202-00030 | $6,186,731.06 |

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[X]  The defendant shall forfeit the defendant's interest in the following property to the United States:

    See page 19 for forfeited property.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) community restitution; (6) fine interest; (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: Randall J. Coyle
CASE NUMBER: CR202-00021-001

## ADDITIONAL FORFEITED PROPERTY

| | |
|---|---|
| Vehicle: | 2000 Jaquar Vanden Plas<br>Vehicle Identification No. SAJDA24C6YLF20524 |
| Bank Account: | $89,587.03<br>U.S. currency plus accrued interest<br>Prosperity Bank, St. Augustine, Florida<br>Account No. 4002319108 |
| Bank Account: | $7,300.24<br>U.S. currency plus accrued interest<br>First National Bank of Nassau County, Fernandina Beach, Florida<br>Account No. 4007371 |
| Personal Property: | Rolex Watch<br>Purchased from Reeds Jewelers<br>(April 21, 2001)<br>Partial Serial No. R1622 |
| Personal Property: | Diamond and gold bracelet and matching necklace<br>Purchased from Crawford's Jewelers<br>(December 23, 1998) |
| Personal Property: | Painting entitled "Temple of Light" by artist Christian Lassen<br>Purchased from Galerie Lassen<br>(December 22, 2000) |
| Personal Property: | Painting entitled "Enchanted Eve II" by artist Christian Lassen<br>Purchased from Galerie Lassen<br>(February 27, 2001) |
| Personal Property: | Painting entitled "Imperial Moment" by artist Christian Lassen<br>Purchased from Galerie Lassen<br>(February 27, 2001) |
| Personal Property: | Painting entitled "Guiding Light" by artist Christian Lassen<br>Purchased from Galerie Lassen<br>(February 27, 2001) |
| Personal Property | Painting entitled "Moonlit Serenity" by artist Christian Lassen<br>Purchased from Galerie Lassen<br>(May 8, 2001) |