IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUL 19 P 2:08

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA      )
                              )
        v.                    )        CR 202-021
                              )
RANDALL J. COYLE              )

---

## O R D E R

---

On January 30, 2004, Defendant Randall J. Coyle was sentenced to a total term of imprisonment of 168 months: 60 months upon his conviction for conspiracy to commit mail fraud, wire fraud, and bank fraud, a violation of 18 U.S.C. § 371; and 108 months upon his conviction for illegal monetary transactions, a violation of 18 U.S.C. § 1957; to be served consecutively. Defendant was also ordered to pay over 100 victims $6,186,731.06 in restitution, jointly and severally with certain co-defendants.

One of the listed victims on the Presentence Investigation Report is Okie M. Griffin. Mr. Okie Griffin has apparently passed away because on June 17, 2016, the Court received a letter from Mr. Avery C. Griffin, Sr., purportedly on behalf of the executors of Mr. Okie Griffin's estate. Mr. Avery Griffin has some concerns about the executors' ability to cash restitution checks when the estate account is closed. Further, on July 13, 2016, the Court received a "Victim

Affidavit" from Ms. Ann M. Graham, the purported executrix of the estate of Paul Graham, another listed victim.

As statutorily mandated, when a victim is deceased, the representative of the victim's estate or any other person appointed as suitable by the court, assumes the victim's rights under the mandatory restitution provisions of the United States Code. 18 U.S.C. § 3663A. The Financial Litigation Unit for the United States Attorney's Office for the Southern District of Georgia is responsible for collection and disbursement of restitution funds. Accordingly, it is also the responsibility of the Financial Litigation Unit to ensure that the payments are made to the appropriate persons. To that end, the Court directs the attention of the Financial Litigation Unit to Mr. Avery Griffin and Ms. Graham so that the Financial Litigation Unit can perform its due diligence to ensure that the proper party receives the restitution checks for these victims.

The Clerk is ordered to serve a copy of this Order upon Mr. Avery Griffin and Ms. Graham and upon Ms. SaMee Harden of the Financial Litigation Unit, United States Attorney's Office, 22 Barnard Street, Suite 300, Savannah, GA 31401.

SO ORDERED this __19th__ day of July, 2016 at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE