UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:02-cr-00021-DHB-BWC |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| RANDALL J. COYLE, | ) | |
| RONALD W. COYLE, | ) | |
| AVERY CURTIS GRIFFIN, JR., | ) | |
| SONJA G. COYLE, | ) | |
| RANDO GROUP, INC., | ) | |
| WAYCROSS PROPERTIES, INC., and | ) | |
| ALMA PROPERTIES, INC. | ) | |

**ORDER**

This matter comes before the Court on the Government's request for a correction of a clerical error in the judgments entered against each Defendant in the foregoing matter.

The Court, having read and considered the Government's request and the balance of the record, hereby GRANTS the Government's motion. The Judgment in a Criminal Case for each Defendant shall be amended as follows: The names "Shannon and Tracie Candady" under the subsection "Additional Restitution Payees" in each judgment shall be corrected to "Shannon and Tracie Canady."

This amendment is made under the authority of Rule 36 of the Federal Rules of Criminal Procedure to correct clerical errors in judgments arising from oversight or omissions. All other previously imposed terms and conditions of each judgment remain unchanged and in full effect.

SO ORDERED, this 30th day of December, 2020.

JUDGE DUDLEY H. BOWEN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA